UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NANCY GRIFFIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. EDCV 07-955 AGR<br><br>ORDER TO SHOW CAUSE |

　　　　Pursuant to this Court's Case Management Order of November 29, 2007, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., by August 4, 2008. To date, the Joint Stipulation has not been filed with the Court. Accordingly, **no later than September 4, 2008, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders. Filing of the Joint Stipulation on or before **September 4, 2008**, shall be deemed compliance with this Order to Show Cause.

DATED: August 8, 2008

　　　　　　　　　　　　　　　　　　*Alicia G. Rosenberg*
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE