UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NANCY GRIFFIN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO. EDCV 07-955 AGR

**JUDGMENT**

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed.

DATED: December 22, 2008

    /S/ ALICIA G. ROSENBERG
    ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE